# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04MJ57-ESS-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOEL AGUILAR GONZALEZ,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Government's Motion to Dismiss Criminal Complaint" (document #4), filed January 27, 2006. For the reasons stated therein, the Motion is **GRANTED**, that is, the charges against Defendant are hereby **DISMISSED**.

**SO ORDERED**.

Signed: April 15, 2010

David S. Cayer
United States Magistrate Judge